UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

Eastern District of Missouri

In re: Kamila Tynetta Wilson
**Debtor(s):**
Kamila Tynetta Wilson – See below for reported alias information. xxx–xx–8428 – See below for reported alias information.

Case No.: 16–48694

CHAPTER: 7

## ORDER AND NOTICE OF DISMISSAL

### TO: ALL CREDITORS AND PARTIES IN INTEREST

PLEASE TAKE NOTE: THIS CASE IS BEFORE THE COURT FOR DISMISSAL FOR THE REASON(S) IDENTIFIED BY ☑ BELOW.

- ☐ **The United States Trustee** moved to Dismiss this case in accordance with 11 U.S.C. § 707(a) or § 707(b)(1), and after notice and hearing;

**The Trustee:**

- ☐ The trustee moved to dismiss this case ☐ for abuse in accordance with 11 U.S.C. § 707(b)(1); or ☐ for such other reasons stated in the motion, and after notice and hearing;

**A Party In Interest:**

- ☐ A party in interest moved to dismiss this case ☐ for abuse in accordance with 11 U.S.C. § 707(b)(1); or ☐ for failure to provide tax documents in accordance with § 521(e)(2)(C) and orders of this Court; or ☐ for such other reasons stated in the motion, and after notice and hearing;

**The Debtor(s):**

- ☐ moved to Dismiss this case, and after notice and hearing;

- ☑ failed to file ☑ one or more Schedules and/or Statement of Affairs; ☐ a Matrix and/or Verification of Matrix in the proper form and within the time permitted; ☐ a Statement of Current Monthly Income/ Means Test Calculation Form (B22); ☐ a Credit Counseling Certificate indicating compliance with 11 U.S.C. § 109(h)(1); a Certification of Exigent Circumstances, or a Motion for Exemption from Credit Counseling under § 109(h)(4); ☐ a Statement of Corporate Ownership; or ☐ Debtor(s) failed to provide a Social Security Number(s) or B21 Forms within the time permitted; ☐ Debtor's attorney failed to file a Rule 2016(b) Disclosure of Compensation; and/or ☐ . The Court advised the Debtor(s) and Debtor's attorney that failure to file these documents properly within the time specified would result in dismissal of the case.

- ☐ failed to appear at the meeting of creditors and failed to obtain the Chapter 7 Trustee's consent to a further continued date. The Chapter 7 Trustee has certified that he/she notified the Debtor(s) that failure to appear at the continued hearing would result in dismissal of the case.

- ☐ failed to provide ☐ tax documents to the trustee in accordance with § 521(e)(2)(B) and orders of this Court; and/or ☐ payment advices to the trustee in accordance with § 521(a)(1)(B)(iv) and orders of this Court.

- ☐ failed to pay the appropriate filing fee; failed to file a proper Application to Pay Filing Fees in Installments at the time the petition was filed or within such additional time allowed (LR 1002 A); or failed to pay the filing fee on the terms set forth in the Order Approving Installment Fee Application previously entered in

this case.

**The Court:**

☐ on its own motion or show cause, moved to dismiss this case under 11 U.S.C. §§ 707(a) or 105(a) for failure to comply with Court order and/or for delay or abuse of the bankruptcy process.

**Other Reason(s) for Dismissal:**

☐

   **ACCORDINGLY,**

   **IT IS ORDERED** that for the reason(s) identified in the motion or on the record at hearing, if any, the Motion to Dismiss identified in this Order and Notice is **GRANTED,** and this Chapter 7 case is **DISMISSED** prior to entry of an order of discharge.

☐ **IT IS FURTHER ORDERED** that this case is dismissed under U.S.C. § 109(g)(1) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of entry of this order pursuant to In re Montgomery, 37 F.3d 413 (8th Cir. 1994).

☐ **IT IS FURTHER ORDERED** that this case is dismissed under 11 U.S.C. § 109(g) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of entry of this order.

☐ **IT IS FURTHER ORDERED** that this case is dismissed with prejudice under 11 U.S.C. § 105(a) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of entry of this order.

☑ **IT IS FURTHER ORDERED** that even though this case is dismissed, the Debtor(s) owe(s) $ 335.00 for the filing fee in this case and the Debtor(s) **MUST PAY THIS AMOUNT TO THE COURT WITHIN FIVE BUSINESS DAYS OF THIS ORDER.** If the Debtor(s) fail(s) to pay the amount owed to the Court within five business days, the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of dismissal. If the Debtor(s) file(s) a subsequent bankruptcy case while prior filing fees remain outstanding, the Court will ordinarily deny any Application to Pay Filing Fees in Installments in the subsequent case.

   **IT IS FURTHER ORDERED** that the automatic stays of 11 U.S.C. § 362 are hereby terminated, and the Chapter 7 Trustee is relieved of his/her bond requirement in this case and all pending matters are **DENIED** as moot.

*Kathy A Surratt-States*

U.S.Bankruptcy Judge

Dated: 12/29/16

Rev. 08/14 ntcdsm

**Reported Alias Information:**
Kamila Tynetta Wilson – Kamilla Wilson
Kamilia Syed

_

```
                              United States Bankruptcy Court
                               Eastern District of Missouri
In re:                                                            Case No. 16-48694-kss
Kamila Tynetta Wilson                                             Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0865-4         User: berd                Page 1 of 1                 Date Rcvd: Dec 29, 2016
                             Form ID: ntcdsm           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2016.
db            +Kamila Tynetta Wilson,    2203 Hord Ave.,    St. Louis, MO 63136-3807
17557186      +Allied Interstate LLc,    7525 W Camps Rd,    New Albany OH 43054-1121
17557175      +CBNA,   PO Box 6497,    Sioux Falls SD 57117-6497
17557172      +Chase Auto,    PO box 901003,    Ft Worth TX 76101-2003
17557181      +Navient Solutions Inc,    11100 USA Pkwy,    Fishers IN 46037-9203
17557188      +One Advantage LLC,    7650 Magna Dr,    Belleville IL 62223-3366
17557173      +St Louis County Circuit Court,    PO Box 16994,    Clayton Rd MO 63105-1394
17557182      +St Louis University,    221 N Grand Blvd,    St Louis MO 63103-2097
17557185      +Verizon Wireless,    PO Box 49,    Lakeland Fl 33802-0049
17557193      +Washington University Physicians,    PO Box 502432,    St Louis Mo 63150-2432
17557190      +Wetsch Abbott Osborn Van Vliet Plc,    Attorneys At Law,    PO Box 65930,
                West Des Moines IA 50265-0930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QKJCONWELL.COM Dec 30 2016 00:03:00      Kristin J Conwell,    Conwell Law Firm LLC,
                PO Box 56550,    St. Louis, MO 63156-0550
17557191      +EDI: ARSN.COM Dec 30 2016 00:03:00      ARS National Service Inc,    PO Box 469046,
                Escondido CA 92046-9046
17557194      +EDI: ACECASHXPRESS.COM Dec 30 2016 00:03:00      Ace Cash Express Inc,
                1231 Greenway Drive Suite 600,    Irving Tx 75038-2511
17557174       EDI: CAPITALONE.COM Dec 30 2016 00:03:00      Capital One Bank USA N,    15000 Capital One Dr,
                Richmond VA 23238
17557176      +EDI: WFNNB.COM Dec 30 2016 00:03:00      Comenity Bank/Ashstwrt,    PO Box 182789,
                Columbus OH 43218-2789
17557177      +EDI: RCSFNBMARIN.COM Dec 30 2016 00:03:00      Credit One Bank NA,    PO Box 98875,
                Las Vegas NV 89193-8875
17557178      +EDI: NAVIENTFKASMDOE.COM Dec 30 2016 00:03:00      Dept Of Ed/Navient,    PO Box 9635,
                Wilkes Barre PA 18773-9635
17557187      +E-mail/Text: bknotice@erccollections.com Dec 30 2016 00:08:48      ERC Co L,    8014 Bayberry Rd,
                Jacksonville Fl 32256-7412
17557180      +E-mail/Text: ebnsterling@weltman.com Dec 30 2016 00:08:44      Jared-Galleria of Jwlr,
                375 Ghent Rd,    Fairlawn Oh 44333-4601
17557179      +EDI: NAVIENTFKASMSERV.COM Dec 30 2016 00:03:00      Navient,    PO Box 9500,
                Wilkes Barre PA 18773-9500
17557189      +EDI: PRA.COM Dec 30 2016 00:03:00      Portfolio Recovery Ass,    120 Corporate Blvs Ste 1,
                Norfolk VA 23502-4952
17557192      +E-mail/Text: Supportservices@receivablesperformance.com Dec 30 2016 00:09:03      Rpm,
                20816 44th Ave W,    Lynnwood WA 98036-7799
17557183      +EDI: RMSC.COM Dec 30 2016 00:03:00      Syncb/Jcp,    PO Box 965007,    Orlando FL 32896-5007
17557184      +EDI: RMSC.COM Dec 30 2016 00:03:00      Syncb/Navy/Tjx Cos,    PO Box 965005,
                Orlando FL 32896-5005
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2016                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2016 at the address(es) listed below:
              Kristin J Conwell    kconwell@conwellfirm.com, kconwell@ecf.epiqsystems.com,
               kristinconwell@gmail.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
                                                                                             TOTAL: 2
```